**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **GEORGE H. BELL** <br> **SSN: XXX-XX-5788** <br> **SAMANTHA KAY TUCKER** <br> **SSN: XXX-XX-0782** <br><br> **DEBTOR(S)** | ) **CASE NO. 17-14306-JGR** <br> ) <br> ) **CHAPTER 13** <br> ) <br> ) <br> ) |

## NOTICE OF FILING AMENDED CHAPTER 13 PLAN, DEADLINE FOR FILING OBJECTIONS, AND HEARING ON CONFIRMATION

### OBJECTION DEADLINE: AUGUST 24, 2017

YOU ARE HEREBY NOTIFIED that the Debtors filed an amended Chapter 13 Plan on August 3, 2017, docket number 23. A copy of the amended Chapter 13 Plan is attached.

A non-evidentiary hearing on confirmation has been set for **September 14, 2017 at 10:00 AM** in Courtroom B, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, CO 80202-2508.

If you wish to oppose confirmation of the amended Chapter 13 Plan you must file with the Court a written objection and request for a hearing on or before the objection deadline stated above, and serve a copy thereof on the undersigned attorney. Pursuant to L.B.R. 3015-1, objections must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

Counsel/parties may appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

Dial 1-888-684-8852 immediately prior to commencement of the hearing. It is a computerized system and you will be prompted to input a meeting ID, followed by the pound key (#). The meeting ID is 9369782 followed by the #sign. The Court strongly recommends use of a land line if appearing by phone. Please stay on the line until the Court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in Court, it will be deemed a failure to appear. Failure to connect to the conference call one in a timely manner may preclude your participation in the hearing. In the event you are otherwise unable to connect after following the instructions provided above, please call the Chambers of the Judge at 720-904-7462 and leave a name, case number and a telephone number where you can be reached and the Court will return the call. The

New Confirmation Hearing is set as a non-evidentiary hearing. If the New Confirmation Hearing involved a contested factual issue requiring the presentation of evidence, the New Confirmation Hearing will be used as a Status and Scheduling Conference, at which time the Court will set dates for a final evidentiary hearing and for the exchange of witness and exhibit lists.

Unless otherwise ordered, previously filed objections to any prior Chapter 13 Plan are deemed moot and new objections must be timely filed addressing this amended Plan.

If no objections are filed, the amended Plan may be confirmed without a hearing, but only upon the Debtors' filing of a Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

Dated: August 3, 2017

/s/ Ross J. Wabeke
Ross J. Wabeke #10327
231 West 4th Street
Loveland, CO 80537
970-667-2101
Facsimile: 970-669-2203
rosswabeke@gmail.com

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the First Amended Chapter 13 Plan and Notice of Filing Amended Chapter 13 Plan, Deadline for Filing Objections, and Hearing on Confirmation was deposited into the United States Mail, first class postage prepaid, on this 3rd day of August, 2017 addressed to all parties on the attached Exhibit A

/s/ Ross J. Wabeke

EXHIBIT A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 17-14306-JGR<br>District of Colorado<br>Denver<br>Thu Aug  3 10:13:35 MDT 2017 | Avant<br>222 N. LaSalle St., Ste. 1700<br>Chicago, IL 60601-1101 | Barclay Card<br>Card Services<br>PO Box 13337<br>Philadelphia, PA 19101-3337 |
| George H. Bell<br>1435 Meadow Mountain Drive<br>Livermore, CO 80536-9721 | Best Buy Credit Services<br>PO Box 78009<br>Phoenix, AZ 85062-8009 | Bill Me Now<br>PO Box 105658<br>Atlanta, GA 30348-5658 |
| Blue Federal Credit Union<br>PO Box 3200<br>Cheyenne, WY 82003-3200 | Capital One Bank<br>PO Box 60599<br>City of Industry, CA 91716-0599 | Capital One Bank<br>Yamaha<br>PO Box 4144<br>Carol Stream, IL 60197-4144 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Colorado Attorney General<br>1575 Sherman Street<br>Denver, CO 80202 |
| Colorado Department of Revenue<br>1375 Sherman St, Rm 504<br>Denver CO 80261-0004 | Colorado Department of Revenue<br>1375 Sherman Street<br>Denver, CO 80261-2200 | Comenity<br>Game Stop<br>PO Box 659820<br>San Antonio, TX 78265-9120 |
| Comenity<br>Lane Bryant<br>PO Box 659728<br>San Antonio, TX 78265-9728 | Comenity<br>Pier 1 Imports<br>PO Box 659617<br>San Antonio, TX 78265-9617 | Conns<br>PO Box 815867<br>Dallas, TX 75381-5867 |
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | First National Credit Card<br>PO Box 2496<br>Omaha, NE 68103-2496 |
| First Premier Bank<br>PO Box 5529<br>Sioux Falls, SD 57117-5529 | Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| Gettington Credit<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Gettington Credit<br>PO Box 166<br>Newark, NJ 07101-0166 | Susan J. Hendrick<br>9745 E. Hampden Avenue, Suite 400<br>Denver, CO 80231-4941 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kohls<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

Larimer County Treasurer
PO Box 1250
Ft. Collins, CO 80522-1250

Legacy
PO Box 5097
Sioux Falls, SD 57117-5097

Lending Club
21 Stevensen, Ste 300
San Francisco, CA 94105-2706

(p)LENDMARK FINANCIAL SERVICES LLC
2118 USHER STREET
COVINGTON GA 30014-2434

Lendmark Financial Services, LLC
Fountainhead Retail Center
4032 S. College Ave., Unit 6
Fort Collins, CO 80525-3077

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
PO Box 660702
Dallas, TX 75266-0702

Navient
PO Box 9500
Wilkes Barre, PA 18773-9500

Navient Solutions, LLC. on behalf of
Educational Credit Management Corporatio
PO BOX 16408
St. Paul, MN 55116-0408

Paypal Credit
PO Box 105658
Atlanta, GA 30348-5658

Qualia Collection Services
PO Box 4699
Petaluma, CA 94955-4699

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Quicklane Credit Card
PO Box 6403
Sioux Falls, SD 57117-6403

Roundpoint Mortgage Servicing Corp.
PO Box 674150
Dallas, TX 75267-4150

Synchrony
Yamaha
PO Box 530912
Atlanta, GA 30353-0912

Synchrony Bank
Discount Tires
PO Box 965061
Orlando, FL 32896-5061

Synchrony Bank
Lowes
PO Box 965005
Orlando, FL 32896-5005

Synchrony Bank
Walmart
PO Box 530927
Atlanta, GA 30353-0927

Synchrony Bank
Yamaha
PO Box 530912
Atlanta, GA 30353-0912

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Samantha Kay Tucker
1435 Meadow Mountain Drive
Livermore, CO 80536-9721

US Attorney
1225 17th Street, Ste 700
Seventeenth Street Plaza
Denver, CO 80202-5598

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Department of Education
PO Box 105028
Atlanta, GA 30348-5028

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Vital Recovery Services, Inc.
PO Box 923747
Norcross, GA 30010-3747

Ross J. Wabeke
231 West 4th Street
Loveland, CO 80537-5524

Web Bank
215 State Street #1000
Salt Lake City, UT 84111-2336

Wells Fargo Bank, N.A., d/b/a Wells Fargo De
PO Box 19657
Irvine, CA 92623-9657

Wells Fargo Card Services
PO Box 51193
Los Angeles, CA 90051-5493

Wells Fargo Dealer Services
PO Box 17900
Denver, CO 80217-0900

Sally Zeman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201-1169

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201

Ford Motor Credit Company, LLC
Dept. 55953
P.O. Box 55000
Detroit, MI 48255-0953

(d)IRS
600 17th Street SPF
Denver, CO 80202

Lendmark Financial Services, LLC
2118 Usher Street
Covington, GA 30014

US Bank
PO Box 108
Saint Louis, MO 63166-9801

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)RoundPoint Mortgage Servicing Corporation

End of Label Matrix
Mailable recipients    61
Bypassed recipients     1
Total                  62